RECEIPT FOR PAYMENT
# United States Court of Appeals
# For The Federal Circuit
OFFICE OF THE CLERK

Received From: Novak, Druce (NAME)

_____ (ADDRESS)

(CASE NO.) _____ (SHORT TITLE) _____ 9/16/13 (DATE)

| ACCOUNT | | AMOUNT | |
|---|---|---|---|
| Clerk's Fee for docketing case | PTO | 450 | 00 |
| Certificate of membership | | | |
| Certified copy of | | | |
| | | | |
| Copy of opinion | | | |
| Copy of documents | | | |
| Reimbursement fees | | | |
| | | | |
| Deputy Clerk ☒ CH | TOTAL | 450 | 00 |

Credit Card ☐   Cash ☐   Check ☑   MONEY ORDER ☐

058860



**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**

ATTORNEYS AT LAW

September 13, 2013

Daniel O'Toole
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

> Re: Appeal from Decision Patent Trial and Appeal Board No. 2012-012266 of the <u>United States Patent and Trademark Office</u>

Dear Sir:

In accordance with Federal Circuit Rule 15, enclosed please find three copies of the following documents that were filed today with the United States Patent and Trademark Office.

1. Notice of Appeal
2. Copy of the Patent Trial and Appeal Board Decision mailed July 18, 2013

Also attached please find a check in the amount of $450 to cover the docketing fee.

Sincerely,

Thomas P. Pavelko

*RECEIVED 2013 SEP 13 PM 2:34 US COURT OF APPEALS FEDERAL CIRCUIT*

1875 Eye Street, N.W. • Eleventh Floor • Washington, D.C. • 20006
Telephone: 202-331-7111 • Telefax: 202-293-6229
www.novakdruce.com