UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE MORRISON

Appeal No. 14-1050

ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the due date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

__ Pro Se     ✓ As counsel for:     Edward Beverly Morrison et al.

I am, or the party I represent is (select one):

__ Petitioner   __ Respondent   __ Amicus Curiae   __ Cross-Appellant

✓ Appellant   __ Appellee   __ Intervenor

My address and telephone are:

| | |
|---|---|
| Name: | Thomas P. Pavelko |
| Law Firm: | Novak Druce Connolly Bove + Quigg, LLP |
| Address: | 1875 Eye Street, NW, 11th Floor |
| City, State, and ZIP: | Washington, DC  200016 |
| Telephone: | (202) 331-7111 |
| Fax: #: | (202) 293-6229 |
| E-mail address: | thomas.pavelko@novakdruce.com |

Statement to be completed by counsel only (select one):

✓   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

____   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): ____1982____

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):
      __ yes   ✓ no

_____   A courtroom accessible to the handicapped is required if oral argument is scheduled.

      November 7, 2013                                 /s/ Thomas P. Pavelko
Date                                                              Signature of Pro Se or Counsel

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Entry of Appearance of Thomas P. Pavelko were served on November 7, 2013 upon the following registered counsel by the Court's CM/ECF System.

Kristi l. R. Sawert
Nathan K. Kelley
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450

/s/ Ali Karimipour
_____
Ali Karimipour